IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:16CR76 |
| vs. | |
| JODY CASILLAS, | ORDER |
| Defendant. | |

This matter is before the Court on the Defendant's Unopposed Motion to Extend Self-Surrender Date [284]. The Court notes that the assigned prosecutor in this district does not object to the extension. Therefore,

IT IS ORDERED:

1. The Defendant's Motion to Extend Date for Self-Surrender (Filing No. 284) is granted;

2. The Defendant shall report no later than 2:00 p.m. on Wednesday, May 16, 2018 to the place designated by the U.S. Bureau of Prisons; and

3. The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

Dated this 13th day of April, 2018.

BY THE COURT:

s/ Laurie Smith Camp
Chief United States District Judge